## PEELER v. STATE.

No. 26634.

Court of Criminal Appeals of Texas.

Nov. 25, 1953.

Ross Hoffman, Brady, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is possession of heroin; the punishment, ten years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.